# EXHIBIT "A"

# EXHIBIT "A"

## Wind Turbine Purchase Agreement   Wind Pump Power, LLC

100 kW Wind Turbine Purchase and Licensing Agreement
Between Wind Pump Power, LLC (Manufacturer / Seller) and Nevada Controls, LLC
11 October 2011

Purchaser: Nevada Controls, LLC          Seller: Wind Pump Power, LLC (WPP)
5576 Bighorn Drive                              6488 Road 16
Carson City, NV 89701                          Goodland, KS 67735
P: (775) 841-6501                              P: (720) 446-9463
F: (775) 841-6512                              F: (866) 326-9448

10-100 kW Wind Turbines $225,000 each + $16,000 per foundation

Terms
3- 100 kW Wind Turbines
- $30,000 at signing. Upon signing and transfer of above payment, Nevada Controls, LLC obtains an exclusive license for the sale and marketing of Wind Pump Power, LLC Wind Turbines in the State of Nevada
- This exclusive sales and marketing license agreement includes all Wind Pump Power, LLC Wind Turbines to be installed in the State of Nevada regardless of point of purchase. Violation of the agreement is $50,000 per Wind Pump Turbine, LLC, and or Wind Pump Power, LLC affiliate or associated party, wind turbine installed in the State of Nevada paid to Nevada Controls, LLC by Wind Pump Power, LLC. Nevada Controls, LLC must have minimum at 25 units per year installed starting in 2012.
- $50,000 upon Certification submittal.
- $70,000 upon ship FOB Goodland (Three 100 kW Units).
- $442,500 for remaining turbine balance at time of commissioning - Certification or Provisional Certification (approved for NV Energy Rebate) must be in place.
- WPP must be paid within one day of Nevada Controls, LLC receiving the NV Energy rebate WPP reserves the right to a security interest in the Wind Turbines and the NV Energy rebates until the Wind Turbines are paid in full.
- 10% of the project cost is retainage for completion of the project.

3 additional 100 kW Wind Turbines
- $150,000 upon Certification approval (NV Energy Approved List)
- $225,000 upon ship FOB Goodland ($75,000 per unit)
- $217,500 upon turbine commissioning ($72,500 per unit as each unit is commissioned)
- 10% of the project cost is retainage for completion of the project.

4 additional 100 kW Wind Turbines
- $200,000 upon installation of the first three 100 kW Wind Turbines and payment of rebate by NV Energy
- $300,000 upon ship FOB Goodland ($75,000 per unit)
- $290,000 upon turbine commissioning ($72,500 per unit as each unit is commissioned)
- 10% of the project cost is retainage for completion of the project.

Int. _____

## Wind Turbine Purchase Agreement    Wind Pump Power, LLC

Foundations
- First three foundations at $16,000 each for a total of $48,000 one day prior to shipment.
- Additional 7 foundations.
  - $12,000 each for a total of $84,000 on arrival of first three foundations and equipment
    Remaining $4,000 for each foundation to be added to final commissioning payment.

These Wind Turbines include a 5 Year Warranty and Maintenance Contract.

The 10% retainage will be paid at the end of 10 Unit Project - $275,000.

Nevada Controls will have the option to license Turbine technology upon completion of 10th units for the state of Nevada.
   $500,000 transfer fee paid under this schedule.
- $125,000 upon license notice
- $125,000 upon 5th operational license unit
- $125,000 upon 10th operational license unit
- $125,000 upon 15th operational license unit

An additional Royalty of $25,000 per turbine payable 45 days after turbine erection one time fee per turbine. Turbine erection is defined as unit installed ready for commissioning.

Royalty fee is for all units produced during first 10 years after 10 years the royalty fee expires.

Nevada Controls will purchase Turbine kits for $90,000 subject to 30 day notice of price increases after license is in place. Prices will be locked upon acknowledgement of PO receipt by Wind Pump Power - $90,000 as of Sept 1, 2011. Kit pricing subject to change without notice prior to license agreement completion. The 100 kW Wind Turbine kits will include all necessary parts to allow Nevada Controls, LLC to fabricate the kits into functional 100 kW Wind Turbine Units.

_____      10-17-11
Signature: Dan Rasure           Date
Title: Wind Pump Power, LLC – CEO

_____      12 Oct 11
Signature: Everett Jesse        Date
Title: Nevada Controls, LLC - CEO