# EXHIBIT "B"

# EXHIBIT "B"

## Addendum 1 to Wind Turbine Purchase Agreement   Wind Pump Power, LLC

Payment Agreement Between Wind Pump Power, LLC (Manufacturer / Seller) and
Nevada Controls, LLC
7 December 2011

Purchaser:    Nevada Controls, LLC ("NC")        Seller:  Wind Pump Power, LLC ("WPP")
               5576 Bighorn Drive                  6488 Road 16
               Carson City, NV 89701           Goodland, KS 67735
               P: (775) 841-6501                  P: (720) 446-9463
               F: (775) 841-6512                  F: (866) 326-9448

This contract is supplemental to the original Purchase and Licensing Agreement (the "Original Agreement") between the Parties dated October 11, 2011.

Whereas WPP needs money for the 10 – 100kW Unit Wind Turbine Project, and NC is willing to help pay for the 10 - 100 kW Unit Wind Turbine Project from the Original Agreement, under the following additional terms:

1. Ten sets of foundation piers and three complete foundations, with associated Nevada PE stamped engineering need to be completed by 20 Dec 2011.  If unable to complete the foundations, refund $70,000 of the foundation payment made by NC by 15 January 2012 so we can install concrete foundations (Foundation Option 2 in the plans). An additional $30,000 will be refunded either by the NV Energy Rebate or WPP by 30 January 2012.

2. NC agrees to pay WPP $140,000 which represents an advanced payment of line items 3 and 4 of the Original Agreement plus $20,000, namely Certification Submittal $50,000 and shipment of the first three complete wind turbine units from FOB Goodland for $70,000 ($50,000 + $70,000 + $20,000 = $140,000).

3. WPP will reimburse NC for any preapproved equipment or materials upon receipt of the first rebate payment from NV Energy (e.g. CAT C313c, part fabrication, attachments, etc.).

4. WPP will reduce the contracted amount for the Original Agreement by $22,500 for each of the 10 contracted 100 kW Units, to take on a portion of the loss suffered by NC by reduction of the NV Energy Rebate.

5. Certification paperwork needs to be submitted to CEC, NYSERDA, Oregon Energy Trust and AWEA by 23 Dec 2011 (Certification must be recognized by NV Energy.  NC is still willing to help with the certification process – see note below).

6. If WPP does not get Certified per the Original Agreement, WPP will refund the $140,000 advanced payment above plus the $30,000 previously paid by NC by 31 January, 2012 (total = $170,000).

Initials

## Addendum 1 to Wind Turbine Purchase Agreement    Wind Pump Power, LLC

**Installation Schedule – Contingent Upon Certification noted above:**

> Install three 100kW Units by 15 January 2012.
>
> Install three more 100kW Units by 1 February 2012.
>
> Install remaining four 100kW Units by 15 February 2012.

**New Payment Schedule – 5 year Warranty Terms still apply:**

Units 1 to 3 – Three 100kW Wind Turbines

- After Certification is received NC will pay $50,000 to WPP for installation.  NC will pay WPP $380,000 upon receiving the NV Energy Rebate for the first three installed certified wind turbines, within one day of receiving the NV Energy payment.

Units 4 to 6 – Three 100 kW Wind Turbines

- NC will pay WPP $600,000 upon receiving the second NV Energy Rebate for the next three certified wind turbines, within one day of receiving the NV Energy payment.

Units 7 to 10 – Four 100 kW Wind Turbines

- NC will pay WPP $800,000 upon receiving the third NV Energy Rebate for the next four certified wind turbines, within one day of receiving the NV Energy payment.

**New Licensing Royalty Payments (Fees and Royalties do not apply to the 10 Unit Project noted above)**

Nevada Controls will receive a license agreement according to terms laid out in the WPP Intellectual Property Agreement.  A Royalty of $40,000 per turbine payable as follows: $15,000 at receipt of Customer Purchase order, $15,000 upon unit shipment, and $15,000 due after 45 days after turbine commissioning.

No licensing transfer fees will be required of NC for any wind turbines produced by NC under the WPP Intellectual Property Agreement.

NC agrees not to produce any hydraulic wind turbine driven machines, or provide any WPP technology to anyone, according to the terms of the WPP Intellectual Property Agreement.

Royalty fee is for all units produced during first 10 years after 10 years the royalty fee expires.

Initials



## Addendum 1 to Wind Turbine Purchase Agreement    Wind Pump Power, LLC

Nevada Controls, LLC is really impressed with the product, and we believe we can be successful in not only this project but in future projects.  We want to be supportive, and this advanced payment demonstrates our level of commitment.

Signature: Dan Rasure

12/7/11

Title:  Wind Pump Power, LLC – CEO

Date

Signature:  Everett Jesse

22/7/11

Title:   Nevada Controls, LLC - CEO

Date