# EXHIBIT 8

**EXHIBIT 8**

| | |
|---|---|
| From: | Dan Rasure [dan.rasure@windpumppower.com] |
| Sent: | Tuesday, July 03, 2012 5:37 PM |
| To: | Jessica L. Woelfel |
| Cc: | Pam Miller; Leigh T. Goddard |
| Subject: | RE: NC vs Wind Pump Power |

I had received information that it was due on the 5th.

On Jul 3, 2012 7:23 PM, "Jessica L. Woelfel" <jwoelfel@mcdonaldcarano.com> wrote:
Mr. Rasure:

We cannot provide you an extension of time under these circumstances. I understand you previously represented to the Court that your counsel would appear by today, and that the responses would be served by today.

**Jessica L. Woelfel** | Attorney
**MCDONALD CARANO WILSON LLP**
100 West Liberty Street, 10th Floor | Reno, NV 89501
*phone* (775) 788-2000 | *facsimile* (775) 788-2020

**BIO | WEBSITE | V-CARD**   

PERSONAL AND CONFIDENTIAL: This message originates from the law firm of McDonald Carano Wilson LLP. This message and any file(s) or attachment(s) transmitted with it are confidential, intended only for the named recipient, and may contain information that is a trade secret, proprietary, protected by the attorney work product doctrine, subject to the attorney-client privilege, or is otherwise protected against unauthorized use or disclosure. This message and any file(s) or attachment(s) transmitted with it are transmitted based on a reasonable expectation of privacy consistent with ABA Formal Opinion No. 99-413. Any disclosure, distribution, copying, or use of this information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited. If you receive this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express only the view of the sender and are not attributable to McDonald Carano Wilson LLP.

**From:** Dan Rasure [mailto:dan.rasure@windpumppower.com]
**Sent:** Tuesday, July 03, 2012 5:02 PM
**To:** Jessica L. Woelfel
**Subject:** NC vs Wind Pump Power

Jessica,

I am working with new counsel for this case, but we are needing until Monday to comply with your requests. Would you be willing to allow this?

Thank you,

Dan Rasure

# EXHIBIT 9

**EXHIBIT 9**

| | |
|---|---|
| **From:** | Leigh T. Goddard |
| **Sent:** | Thursday, August 23, 2012 7:10 AM |
| **To:** | Dan Rasure (dan.rasure@windpumppower.com) |
| **Cc:** | Jessica L. Woelfel; Pam Miller |
| **Subject:** | Nevada Controls v. Wind Pump Power, et al |

Mr. Rasure:

Your responses to Nevada Controls' discovery requests were due on July 5. You contacted my associate Jessica Woelfel in July regarding the responses, but we still have not received them. All objections have now been waived. Please immediately provide the responses to the discovery requests.

Sincerely,

Leigh T. Goddard | Partner
**MCDONALD CARANO WILSON LLP**

LAS VEGAS OFFICE
2300 West Sahara Avenue, Suite 1000   |   Las Vegas, NV 89102
*phone* (702) 873-4100   |   *facsimile* (702) 873-9966

RENO OFFICE
100 West Liberty Street, 10th Floor   |   Reno, NV 89501
*phone* (775) 788-2000   |   *facsimile* (775) 788-2020

**BIO** | **WEBSITE** | **V-CARD**   

**PERSONAL AND CONFIDENTIAL:** This message originates from the law firm of McDonald Carano Wilson LLP. This message and any file(s) or attachment(s) transmitted with it are confidential, intended only for the named recipient, and may contain information that is a trade secret, proprietary, protected by the attorney work product doctrine, subject to the attorney-client privilege, or is otherwise protected against unauthorized use or disclosure. This message and any file(s) or attachment(s) transmitted with it are transmitted based on a reasonable expectation of privacy consistent with ABA Formal Opinion No. 99-413. Any disclosure, distribution, copying, or use of this information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited. If you receive this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express only the view of the sender and are not attributable to McDonald Carano Wilson LLP.

# EXHIBIT 10

EXHIBIT 10

| | |
|---|---|
| From: | Leigh T. Goddard |
| Sent: | Thursday, August 30, 2012 6:57 AM |
| To: | Dan Rasure (dan.rasure@windpumppower.com) |
| Cc: | jerrywieslander@gmail.com; Jessica L. Woelfel; Pam Miller; Everett Jesse |
| Subject: | NV Controls v. Wind Pump Power - outstanding discovery and case deadlines |

Mr. Rasure:

I am contacting you once again to inquire about the outstanding discovery requests. Your responses to interrogatories and requests for production of documents were due on or before July 5. All objections have now been waived and the responses are long overdue. Please provide the responses immediately.

Also, given the delay in responding to the discovery and the delay in securing new counsel for the entities, it will be necessary to extend the deadlines contained in the stipulated discovery plan and scheduling order previously filed with the Court. Please let me know if you are agreeable to extending those deadlines. If so, I'll prepare an amended plan and send it to you via e-mail for approval and signature.

Sincerely,

Leigh T. Goddard | Partner
**MCDONALD CARANO WILSON LLP**

**LAS VEGAS OFFICE**
2300 West Sahara Avenue, Suite 1000  |  Las Vegas, NV 89102
*phone* (702) 873-4100  |  *facsimile* (702) 873-9966

**RENO OFFICE**
100 West Liberty Street, 10th Floor  |  Reno, NV 89501
*phone* (775) 788-2000  |  *facsimile* (775) 788-2020

**BIO**  |  **WEBSITE**  |  **V-CARD**   

PERSONAL AND CONFIDENTIAL: This message originates from the law firm of McDonald Carano Wilson LLP. This message and any file(s) or attachment(s) transmitted with it are confidential, intended only for the named recipient, and may contain information that is a trade secret, proprietary, protected by the attorney work product doctrine, subject to the attorney-client privilege, or is otherwise protected against unauthorized use or disclosure. This message and any file(s) or attachment(s) transmitted with it are transmitted based on a reasonable expectation of privacy consistent with ABA Formal Opinion No. 99-413. Any disclosure, distribution, copying, or use of this information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited. If you receive this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express only the view of the sender and are not attributable to McDonald Carano Wilson LLP.

# EXHIBIT 11

# EXHIBIT 11

| | |
|---|---|
| From: | Leigh T. Goddard |
| Sent: | Monday, September 17, 2012 6:07 AM |
| To: | Dan Rasure (dan.rasure@windpumppower.com) |
| Cc: | jerrywieslander@gmail.com; Pam Miller |
| Subject: | FW: NV Controls v. Wind Pump Power - outstanding discovery and case deadlines |

Mr. Rasure:

I am following up on my e-mail, below. I have received no response from you with regard to the discovery responses and the revised discovery plan. Please call me.

Leigh T. Goddard | Partner
**MCDONALD CARANO WILSON LLP**

RENO OFFICE
100 West Liberty Street, 10th Floor   |   Reno, NV 89501
*phone* (775) 788-2000  |  *facsimile* (775) 788-2020

LAS VEGAS OFFICE
2300 West Sahara Avenue, Suite 1000   |   Las Vegas, NV 89102
*phone* (702) 873-4100  |  *facsimile* (702) 873-9966

**BIO** | **WEBSITE** | **V-CARD**   

PERSONAL AND CONFIDENTIAL: This message originates from the law firm of McDonald Carano Wilson LLP. This message and any file(s) or attachment(s) transmitted with it are confidential, intended only for the named recipient, and may contain information that is a trade secret, proprietary, protected by the attorney work product doctrine, subject to the attorney-client privilege, or is otherwise protected against unauthorized use or disclosure. This message and any file(s) or attachment(s) transmitted with it are transmitted based on a reasonable expectation of privacy consistent with ABA Formal Opinion No. 99-413. Any disclosure, distribution, copying, or use of this information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited. If you receive this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express only the view of the sender and are not attributable to McDonald Carano Wilson LLP.

---

**From:** Leigh T. Goddard
**Sent:** Thursday, August 30, 2012 6:57 AM
**To:** Dan Rasure (dan.rasure@windpumppower.com)
**Cc:** 'jerrywieslander@gmail.com'; Jessica L. Woelfel; Pam Miller; 'Everett Jesse'
**Subject:** NV Controls v. Wind Pump Power - outstanding discovery and case deadlines

Mr. Rasure:

I am contacting you once again to inquire about the outstanding discovery requests. Your responses to interrogatories and requests for production of documents were due on or before July 5. All objections have now been waived and the responses are long overdue. Please provide the responses immediately.

Also, given the delay in responding to the discovery and the delay in securing new counsel for the entities, it will be necessary to extend the deadlines contained in the stipulated discovery plan and scheduling order previously filed with the Court. Please let me know if you are agreeable to extending those deadlines. If so, I'll prepare an amended plan and send it to you via e-mail for approval and signature.

Sincerely,

Leigh T. Goddard | Partner
**MCDONALD CARANO WILSON LLP**

**LAS VEGAS OFFICE**
2300 West Sahara Avenue, Suite 1000   |   Las Vegas, NV 89102
*phone* (702) 873-4100   |   *facsimile* (702) 873-9966

**RENO OFFICE**
100 West Liberty Street, 10th Floor   |   Reno, NV 89501
*phone* (775) 788-2000   |   *facsimile* (775) 788-2020

**BIO**   |   **WEBSITE**   |   **V-CARD**   

**PERSONAL AND CONFIDENTIAL:** This message originates from the law firm of McDonald Carano Wilson LLP. This message and any file (s) or attachment(s) transmitted with it are confidential, intended only for the named recipient, and may contain information that is a trade secret, proprietary, protected by the attorney work product doctrine, subject to the attorney-client privilege, or is otherwise protected against unauthorized use or disclosure. This message and any file(s) or attachment(s) transmitted with it are transmitted based on a reasonable expectation of privacy consistent with ABA Formal Opinion No. 99-413. Any disclosure, distribution, copying, or use of this information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited. If you receive this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express only the view of the sender and are not attributable to McDonald Carano Wilson LLP.