LEIGH GODDARD, NV Bar #6315
JESSICA WOELFEL, NV Bar #11885
McDonald Carano Wilson LLP
100 West Liberty Street, 10th Floor
P.O. Box 2670
Reno, NV 89505-2670
Telephone: (775) 788-2000
Facsimile: (775) 788-2020
Email: lgoddard@mcdonaldcarano.com
and jwoelfel@mcdonaldcarano.com

*Attorneys for Plaintiff / Counter-Defendant*
*Nevada Controls, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NEVADA CONTROLS, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>WIND PUMP POWER, LLC, a Kansas Limited Liability Company, SUNFLOWER WIND, LLC, a Kansas Limited Liability Company; DAN RASURE, an individual,<br><br>Defendants.<br>_____/ | Case No.: 3:12-cv-00068-HDM-VPC<br><br>**NEVADA CONTROLS, LLC'S REPLY IN SUPPORT OF MOTION TO COMPEL** |

Plaintiff, Nevada Controls, LLC, here submits its Reply in support of the Motion to Compel, filed September 25, 2012. (Doc. #33). Despite being served with the Motion to Compel on September 25, Defendants have failed to file an opposition to the Motion, which opposition was due on or before October 12, 2012. Accordingly, Defendants have consented to the Court issuing an order granting the Motion to Compel. LR 7-2(d).

Therefore, Nevada Controls respectfully requests that this Court compel Defendants to immediately respond to the outstanding discovery requests, including production of the requested documents. In addition, Nevada Controls respectfully

requests an award of costs and reasonable attorneys' fees associated with the preparation of the Motion, to which Plaintiff is entitled pursuant to Rule 37(a)(5)(A) of the Federal Rules of Civil Procedure.

Dated: October 17, 2012.

McDonald Carano Wilson LLP

_____
LEIGH GODDARD
JESSICA WOELFEL

Attorneys for Plaintiff / Counter-Defendant
Nevada Controls, LLC

**CERTIFICATE OF SERVICE**

I hereby certify, under penalty of perjury, that I am an employee of McDonald Carano Wilson LLP and that pursuant to LR 5-3 I caused to be electronically filed on this date a true and correct copy of the foregoing document with the Clerk of the Court using the CM/ECF system; and by depositing a copy of the same in the U.S. Mail, first class postage fully prepaid, addressed to:

Dan Rasure
Wind Pump Power, LLC
Sunflower Wind, LLC
6488 Road 16
Goodland, Kansas 67735

DATED: October 17, 2012.

Pamela Miller