**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| NEVADA CONTROLS, LLC, | ) | 3:12-CV-0068-HDM (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | October 18, 2012 |
| WIND PUMP POWER, LLC, et al., | ) | |
| Defendant(s). | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff Nevada Controls' motion to compel (#33) is **GRANTED**. Defendants shall respond to the outstanding discovery requests, including the production of requested documents, no later than **Friday, October 26, 2012**.

With respect to the issue of attorneys' fees associated with the preparation of the motion to compel, plaintiff shall file a statement of attorneys' fees no later than **Friday, October 26, 2012**. Defendants shall have to and including **Friday, November 9, 2012** to file an opposition. Any reply shall be due on **Monday, November 19, 2012**.

Plaintiff's counsel shall prepare the statement of attorneys' fees and costs in accordance with LR 54-16(b) and (c). To the extent certain subsections of LR 54-16(b) do not reasonably apply to plaintiff's statement of attorneys' fees and costs, those subsections may be omitted. Plaintiff's counsel shall provide an itemized statement of all fees and costs billed and attach such statement as an exhibit. Plaintiff's counsel shall have leave to redact descriptions of legal services to the extent they may reveal the substance of attorney-client communications or that disclose attorney work produce.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:       /s/
Deputy Clerk