LEIGH GODDARD, NV Bar #6315
JESSICA WOELFEL, NV Bar #11885
McDonald Carano Wilson LLP
100 West Liberty Street, 10th Floor
P.O. Box 2670
Reno, NV 89505-2670
Telephone: (775) 788-2000
Facsimile: (775) 788-2020
Email: lgoddard@mcdonaldcarano.com
and jwoelfel@mcdonaldcarano.com

*Attorneys for Plaintiff / Counter-Defendant
Nevada Controls, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NEVADA CONTROLS, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>WIND PUMP POWER, LLC, a Kansas Limited Liability Company, SUNFLOWER WIND, LLC, a Kansas Limited Liability Company; DAN RASURE, an individual,<br><br>Defendants.<br>_____ / | Case No.: 3:12-cv-00068-HDM-VPC<br><br>**PLAINTIFF NEVADA CONTROLS' STATEMENT OF ATTORNEY FEES AND COSTS PURSUANT TO MINUTE ORDER (Doc. #35)** |

Plaintiff Nevada Controls, LLC ("Nevada Controls") hereby submits its Statement of Attorney's Fees and Costs pursuant to the Court's Order, dated October 18, 2012, (Doc. #35) and LR 54-16(b) and (c). This Statement is supported by the following memorandum of points and authorities, the attached affidavit and exhibits, and such other information as the Court may wish to consider.

///

///

///

///

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendants have failed to provide responses to the discovery requests served by Nevada Controls. As a result, Nevada Controls attempted to meet and confer with the Defendants and their counsel. When those negotiations were unsuccessful, Nevada Controls filed a Motion to Compel responses to the discovery requests. (Doc. #33). The Motion has been granted, and the Court ordered that Nevada Controls submit a separate Statement of Attorney's Fees and Costs, pursuant to LR 54-16(b) and (c). (Doc. #35). This Statement is submitted accordingly.

In the Motion to Compel, Nevada Controls also sought an award of the attorney fees and costs incurred in this discovery dispute, and the Motion makes reference to the attorney fees incurred in relation to the Motion. However, the time on this matter has been adjusted since the Motion was filed, as reflected on the actual invoices generated for the client. (See Affidavit of Leigh Goddard, Ex. 1). The actual attorney time billed to the client related to this discovery dispute is as follows:

| Date | Attorney | Hours | Amount |
|---|---|---|---|
| 8/29/12 | Leigh Goddard | .50 | $ 175.00 |
| 8/30/12 | Leigh Goddard | .50 | $ 175.00 |
| 9/19/12 | Adam Hosmer-Henner | 1.00 | $ 265.00 |
| 9/20/12 | Adam Hosmer-Henner | 1.50 | $ 397.50 |
| 9/21/12 | Leigh Goddard | 1.00 | $ 350.00 |
| 9/24/12 | Leigh Goddard | 1.00 | $ 350.00 |
| 9/25/12 | Leigh Goddard | .25 | $ 87.50 |
| 9/27/12 | Leigh Goddard | .25 | $ 87.50 |
| 10/17/12 | Leigh Goddard | .25 | $ 87.50 |
| | | TOTAL: | $1,975.00 |

Nevada Controls retained the law firm of McDonald Carano Wilson, LLP by an engagement agreement, dated December 22, 2011. The engagement agreement identifies that the professional services will be provided at hourly rates. (See Ex. 1). The Engagement Agreement provides for payment to McDonald Carano Wilson LLP of the following hourly rates as follows:

Leigh Goddard, $350 per hour

Jessica Woelfel, $275 per hour

2

1  Adam Hosmer-Henner, $265 per hour

2  The total actual costs incurred by Nevada Controls related to the discovery
3  dispute are: $29.10. A true and correct copy of the bill of costs is attached to the
4  Statement as **Exhibit 2**. Accordingly, the total attorney fees and costs incurred by
5  Nevada Controls related to the discovery dispute in this action total **$2,004.10**.

6  All attorney fees and costs included identified above were reasonable and
7  necessary to represent Nevada Controls with respect to this discovery dispute. (Ex. 1
8  at ¶ 19). Although the discovery dispute is not particularly complex, Nevada Controls
9  incurred this expense unnecessarily as a result of Defendants' failure to respond to the
10 discovery requests. (Id.). The dispute has been complicated even more by
11 Defendants' failure to retain counsel with which a meaningful discussion could be had
12 related to the outstanding discovery requests and the discovery plan. (Id.). Attempts to
13 discuss an adjustment of the discovery schedule have been similarly thwarted by the
14 lack of communication with Defendants. (Id.).

15 Attorney fees and costs incurred by the Defendants in this matter are reflected in
16 the monthly statements prepared by McDonald Carano Wilson LLP. Attached to the
17 Motion as **Exhibit 3** are true and correct copies of the invoices for this matter. The
18 hourly rates reflected on the invoices are fair and reasonable rates for professional
19 services by litigation attorneys at McDonald Carano Wilson LLP. (Ex. 1 at ¶ 23).The
20 firm's clients have been awarded fees in other matters at similar rates for litigation
21 services provided by attorneys of the firm. (Id.).

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  Based upon the foregoing and the attachments, Nevada Controls respectfully
2  requests an order granting an award of attorney fees and costs in the amount of
3  **$2,004.10**.

4  Dated: October 25, 2012.

McDonald Carano Wilson LLP

*/s/ Leigh Goddard*

LEIGH GODDARD
JESSICA WOELFEL

Attorneys for Plaintiff / Counter-Defendant
Nevada Controls, LLC

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that I am an employee of McDonald Carano Wilson LLP and that pursuant to LR 5-3 I caused to be electronically filed on this date a true and correct copy of the foregoing document with the Clerk of the Court using the CM/ECF system; and by depositing a copy of the same in the U.S. Mail, first class postage fully prepaid, addressed to:

Dan Rasure
Wind Pump Power, LLC
Sunflower Wind, LLC
6488 Road 16
Goodland, Kansas  67735

DATED: October 25, 2012.



Pamela Miller