MARK A. GOODMAN, ESQ.
Nevada State Bar No. 10357
GOODMAN LAW CENTER, P.C.
348 Mill Street
Reno, Nevada  89501
Telephone:  (775) 473-4268
Facsimile:   (775) 996-8787
Email:  Mark@Goodmanlawnevada.com
Attorney for Defendants/Counterclaimants
WIND PUMP POWER, LLC
SUNFLOWER WIND, LLC
DAN RASURE

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| NEVADA CONTROLS, LLC, a Nevada Limited Liability Company, | ) Case No. 3-12-cv-00068-HDM-VPC ) ) |
| Plaintiff, | ) **MOTION FOR CONTINAUNCE OF** ) **HEARING** |
| v. | ) ) (First Request for Continuance) |
| WIND PUMP POWER, LLC, a Kansas Limited Liability Company, SUNFLOWER WIND, LLC, a Kansas Limited Liability Company; DAN RASURE, an individual, | ) ) ) ) ) |
| Defendants. | ) ) |
| WIND PUMP POWER, LLC, a Kansas Limited Liability Company, | ) ) ) |
| Counterclaimant, | ) ) ) |
| v. | ) ) |
| NEVADA CONTROLS, LLC, a Nevada Limited Liability Company, | ) ) ) |
| Counterdefendant. | ) ) ) |

COME NOW, Defendant/Counterclaimant, WIND PUMP POWER, LLC, and

Defendants, SUNFLOWER WIND, LLC, and DAN RASURE (hereinafter referred to

collectively as "Defendants"), by and through their special attorney or record, MARK A. GOODMAN, ESQ., of GOODMAN LAW CENTER, P.C., and hereby move the Court for an Order continuing the Hearing on the Motion to Strike and Request for Entry of Default Against Defendants WIND PUMP POWER, LLC, and SUNFLOWER WIND, LLC (Docket No. 28), filed July 13, 2012, by Plaintiff/Counterdefendant, NEVADA CONTROLS, LLC (hereinafter referred to as "Plaintiff"), which currently is scheduled at 9:30 a.m. on November 6, 2012 (Docket No. 32).

This Motion is made upon the ground that Mr. Goodman will be out of the country for a regularly scheduled vacation from October 26, 2012, to November 9, 2012, and is based upon the Points and Authorities submitted herewith, and upon all of the pleading, papers, and documents on file herein.

DATED:  Friday, October 26, 2012.

GOODMAN LAW CENTER

/s/MARK A. GOODMAN, ESQ.

_____
MARK A. GOODMAN, ESQ.
Nevada State Bar No. 10357
GOODMAN LAW CENTER, P.C.
348 Mill Street
Reno, Nevada  89501
Telephone:  (775) 473-4268
Facsimile:   (775) 996-8787
Email:  Mark@Goodmanlawnevada.com
Attorney for Defendants/Counterclaimants
WIND PUMP POWER, LLC
SUNFLOWER WIND, LLC
DAN RASURE

///

///

**BRIEF STATEMENT OF FACTS**

On July 13, 2012, Plaintiff filed its Motion to Strike (Docket No. 28).

On August 7, 2012, the Court entered its Minute Order in Chambers, setting Plaintiff's Motion to Strike for Hearing at 10:30 a.m. on Thursday, August 23, 2012 (Docket No. 30).

On August 20, 2012, the Court entered its Minute Order in Chambers, ordering that Plaintiff's Motion to Strike, set for 10:30 a.m. on Thursday, August 23, 2012, should be conducted telephonically before the Court, and that all parties should appear telephonically.

On August 23, 2012, a telephonic Hearing was conducted before the Court, at which time the Court ordered that Plaintiff's Motion to Strike would be reset for Hearing at 9:30 a.m. on Tuesday, November 6, 2012, and that the Hearing would go forward on that date whether Defendant, DAN RASURE ("Mr. Rasure"), had secured counsel or not.

**POINTS AND AUTHORITIES**

**I**

**THE COURT SHOULD GRANT DEFENDANTS A BRIEF CONTINUANCE, IN ORDER TO ALLOW MR. GOODMAN TIME TO OPPOSE PLAINTIFF'S MOTION TO STRIKE.**

The decision to grant or deny a requested continuance lies within the broad discretion of the district court, and will not be disturbed on appeal absent clear abuse of that discretion. The Ninth Circuit structures its review in accordance with four salient factors that appellate courts have considered when reviewing denials of requests for continuances. First, the Court considers the extent of appellant's diligence in his efforts to ready his defense prior to the date set for hearing. Second, the Court considers how likely

it is that the need for a continuance could have been met if the continuance had been granted.  Third, the Court considers the extent to which granting the continuance would have inconvenienced the court and the opposing party, including its witnesses.  Finally, the Court considers the extent to which the appellant might have suffered harm as a result of the district court's denial.  *See, United States v. Flynt*, 756 F.2d 1352, 1358-59 (9th Cir. 1985).

In the present case, Mr. Rasure has made diligent efforts to retain counsel for Defendants in the State of Nevada, but he nevertheless has experienced considerable difficulty in doing so.  Mr. Goodman now has made a special appearance for the limited purpose of opposing Plaintiff's Motion to Strike, which currently is scheduled to be heard at 9:30 a.m. on November 6, 2012 (Docket No. 32).  Unfortunately, Mr. Goodman will be out of the country for a regularly scheduled vacation from October 26, 2012, to November 9, 2012.  If the continuance is granted, then Defendants will be able to oppose Plaintiff's Motion to Strike, and the need for the continuance will have been met.  Obviously, the prior delay in obtaining counsel already has inconvenienced both the Court and opposing counsel; however, a brief continuance for the purpose of allowing Mr. Goodman to oppose Plaintiff's Motion to Strike clearly would be in the interest of justice, particularly where, as here, Defendants would suffer the ultimate prejudice and harm, by having their counterclaim stricken and by having defaults entered against them, if the Court were to deny Defendants' Motion for a continuance.  *See, United States v. Flynt, supra*, 756 F.2d at 1358-59.  Although Mr. Goodman in good faith requested a brief continuance from Plaintiff's counsel, Leigh Goddard, Esq., prior to filing the instant Motion for Continuance of Hearing, Ms. Goddard denied Mr. Goodman's request.

///

## **CONCLUSION**

For all of the above-stated reasons, the Court should grant Defendants a brief continuance, in order that Mr. Goodman time to oppose Plaintiff's Motion to Strike.

DATED:  Friday, October 26, 2012.

        GOODMAN LAW CENTER

        /s/MARK A. GOODMAN, ESQ.

        _____
        MARK A. GOODMAN, ESQ.
        Nevada State Bar No. 10357
        GOODMAN LAW CENTER, P.C.
        348 Mill Street
        Reno, Nevada  89501
        Telephone:  (775) 473-4268
        Facsimile:   (775) 996-8787
        Email:  Mark@Goodmanlawnevada.com
        Attorney for Defendants/Counterclaimants
        WIND PUMP POWER, LLC
        SUNFLOWER WIND, LLC
        DAN RASURE

# CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I certify that I am an agent of GOODMAN LAW CENTER, P.C., and that I caused a true and correct copy of **MOTION FOR CONTINAUNCE OF HEARING** to be served by:

[ x ]  (BY MAIL) on all parties in said action, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below.  At the Law Offices of Goodman Law Center, P.C., mail placed in that designated area is given the correct amount of postage and is deposited that same date in the ordinary course of business, in a United States mailbox in the City of Reno, County of Washoe, Nevada.

[  ]  (BY PERSONAL DELIVERY) by causing a true copy thereof to be hand delivered this date to the addressee(s) at the address(es) set forth below.

[  ]  (BY FACSIMILE) on the parties in said action by causing a true copy thereof to be telecopied to the number indicated after the address(es) noted below.

[  ]  Federal Express or other overnight delivery

[  ]  Reno/Carson Messenger Service

addressed, as follows:

Leigh Goddard, Esq.
Jessica Woelfel, Esq.
McDonald Carano Wilson LLP
100 West Liberty Street, 10th Floor
Post Office Box 2670
Reno, Nevada  89505-2670

DATED:  Friday, October 26, 2012.

/s/ Paula Rodriguez
_____
PAULA RODRIGUEZ, CLA
Legal Assistant to Mr. Goodman