# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| NEVADA CONTROLS, LLC, a Nevada Limited Liability Company | ) ) ) | 3:12-cv-00068-HDM-VPC |
| Plaintiff, | ) ) | ORDER |
| vs. | ) ) | |
| WIND PUMP POWER, LLC, a Kansas Limited Liability Company, SUNFLOWER WIND, LLC, a Kansas Limited Liability Company, DAN RASURE, an individual | ) ) ) ) ) | |
| Defendants. | | |

The court has considered defendants' motion for continuance(#38), and is inclined to grant the motion and continue the hearing until November 14, 2012. However, plaintiffs may file any opposition plaintiffs have to the defendant's motion on or before October 31, 2012 and shall advise the court what if any prejudice they will suffer should the court grant a short continuance. If no opposition is filed the hearing on the motion to strike and entry of default against the defendants will be continued to November 14, 2012 at 10:30AM.

1

**IT IS SO ORDERED.**

DATED: This 29th day of October, 2012.

_____
UNITED STATES DISTRICT JUDGE

2