LEIGH GODDARD, NV Bar #6315
JESSICA WOELFEL, NV Bar #11885
McDonald Carano Wilson LLP
100 West Liberty Street, 10th Floor
P.O. Box 2670
Reno, NV 89505-2670
Telephone: (775) 788-2000
Facsimile: (775) 788-2020
Email: lgoddard@mcdonaldcarano.com
and jwoelfel@mcdonaldcarano.com

Attorneys for Plaintiff / Counter-Defendant
Nevada Controls, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NEVADA CONTROLS, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>WIND PUMP POWER, LLC, a Kansas Limited Liability Company, SUNFLOWER WIND, LLC, a Kansas Limited Liability Company; DAN RASURE, an individual,<br><br>Defendants. | Case No.: 3:12-cv-00068-HDM-VPC<br><br>**NOTICE TO THE COURT REGARDING DEFENDANT SUNFLOWER WIND, LLC'S FAILURE TO COMPLY WITH THE COURT'S ORDER TO PROVIDE DISCOVERY REPONSES** |

This matter came before Magistrate Judge Valerie Cooke on December 7, 2012, for a status conference. At the time of that hearing, the Court ordered that all Defendants shall provide their discovery responses (which were previously compelled by the Court) no later than December 14, 2012. (See Doc. #49). Discovery responses were received only from Defendants Rasure and Wind Pump Power, LLC, although those discovery responses were still incomplete, which will necessitate further motion practice with this Court since efforts to meet and confer have failed.

However, Defendant Sunflower Wind, LLC failed to serve its discovery responses by December 14, 2012 as ordered by the Court. (See attached Declaration

of Leigh Goddard, Ex. 1).  Although there have been subsequent discussions between counsel since the December 14, 2012, Sunflower Wind still has not served the discovery responses.  Therefore, this Notice is filed to inform the Court that Defendant Sunflower Wind has failed to comply with the Court's Order.

Respectfully submitted:  February 25, 2013.

McDonald Carano Wilson LLP

/s/ Leigh Goddard
LEIGH GODDARD
JESSICA WOELFEL

Attorneys for Plaintiff / Counter-Defendant
Nevada Controls, LLC

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

I hereby certify, under penalty of perjury, that I am an employee of McDonald Carano Wilson <sup>LLP</sup> and that pursuant to LR 5-3 I caused to be electronically filed on this date a true and correct copy of the foregoing document with the Clerk of the Court using the CM/ECF system which will automatically e-serve the same on the attorney set forth below:

Mark Goodman
Goodman Law Center, P.C.
348 Mill Street
Reno, NV 89501

DATED: February 25, 2013.

_____
Pamela Miller

# EXHIBIT 1

# EXHIBIT 1

LEIGH GODDARD, NV Bar #6315
JESSICA WOELFEL, NV Bar #11885
McDonald Carano Wilson LLP
100 West Liberty Street, 10th Floor
P.O. Box 2670
Reno, NV 89505-2670
Telephone: (775) 788-2000
Facsimile: (775) 788-2020
Email: lgoddard@mcdonaldcarano.com
and jwoelfel@mcdonaldcarano.com

*Attorneys for Plaintiff / Counter-Defendant
Nevada Controls, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NEVADA CONTROLS, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>WIND PUMP POWER, LLC, a Kansas Limited Liability Company, SUNFLOWER WIND, LLC, a Kansas Limited Liability Company; DAN RASURE, an individual,<br><br>Defendants. | Case No.: 3:12-cv-00068-HDM-VPC<br><br>**DECLARATION OF LEIGH GODDARD IN SUPPORT OF NOTICE TO THE COURT REGARDING SUNFLOWER WIND, LLC** |

I, LEIGH GODDARD, do hereby swear under penalty of perjury that the assertions of this Declaration are true.

1. I am over the age of 18 years and a resident of Washoe County, Nevada. I make this affidavit based upon personal knowledge, except where stated to be upon information and belief, and as to that information, I believe it to be true. If called upon to testify as to the contents of this Declaration, I am legally competent to testify to the contents of the Declaration in a court of law.

///

2. This Declaration is submitted in support of the Plaintiff Nevada Controls, LLC ("Nevada Controls") Notice to the Court Regarding Sunflower Wind. I certify that I have reviewed the content of the Notice and believe its contents to be true and correct.

3. I am a partner in a law partnership known as McDonald Carano Wilson LLP, and I have been a lead counsel in prosecuting Nevada Controls' claims in this action.

4. I appeared at the status conference with Magistrate Judge Cooke on December 7, 2012, at which time Defendants were ordered to provide, no later than December 14, 2012, their responses to Nevada Controls' discovery requests.

5. Defendants Rasuer and Wind Pump Power provided responses to the discovery requests as ordered, although the responses were deficient and will be the subject of further motion practice before this Court.

6. However, Defendant Sunflower Wind did not provide its discovery responses as ordered.

7. In a December 14, 2012 e-mail accompanying the discovery responses of Rasure and Wind Pump Power, attorney Mark Goodwin indicated that Defendant Sunflower Wind could no longer defend this action. Of course, this explanation of counsel did not resolve the failure to comply with the Court's order.

8. Further attempts were made to reach Mr. Goodwin via telephone and e-mail to discuss the failure of Sunflower Wind to provide discovery responses as ordered.

9. Finally, in response to my e-mails, on January 30, 2013, Mr. Goodwin indicated that no later than February 5, 2013, Sunflower Wind would either provide discovery responses or withdraw its answer to the Complaint.

10. Once again, Sunflower Wind has taken no action by February 5, 2013.

11. Accordingly, notice is provided to the Court that Sunflower Wind is in further violation of the Court's order for failing to respond to provide its discovery responses as ordered.

2

1   I, Leigh Goddard, do hereby affirm under penalty of perjury that the assertions in
2   this Declaration are true.
3   DATED: February 25, 2013



LEIGH GODDARD