# EXHIBIT "A"

# EXHIBIT "A"

1  MARK A. GOODMAN, ESQ.
   Nevada State Bar No. 10357
2  GOODMAN LAW CENTER, P.C.
   348 Mill Street
3  Reno, Nevada  89501
   Telephone:  (775) 473-4268
4  Facsimile:   (775) 996-8787
   Email:  Mark@Goodmanlawnevada.com
5  Attorney for Defendants/Counterclaimants
   DAN RASURE
6  WIND PUMP POWER, LLC
7  SUNFLOWER WIND, LLC

8
                    UNITED STATES DISTRICT COURT
9
                         DISTRICT OF NEVADA
10
11                            * * * * *

12  NEVADA CONTROLS, LLC, a Nevada          ) Case No. 3-12-cv-00068-HDM-VPC
    Limited Liability Company,              )
13                                          )
                                            )
14           Plaintiff,                     ) **DECLARATION OF MARK A.**
                                            ) **GOODMAN, ESQ.**
15  v.                                      )
                                            ) **Judge Howard D. McKibben**
16  WIND PUMP POWER, LLC, a Kansas          )
    Limited Liability Company, SUNFLOWER    ) **[LOCAL RULE IA 10-6]**
17  WIND, LLC, a Kansas Limited Liability   )
    Company; DAN RASURE, an individual,     )
18                                          )
           Defendants.                      )
19  _____)
                                            )
20  WIND PUMP POWER, LLC, a Kansas          )
    Limited Liability Company,              )
21                                          )
                                            )
22         Counterclaimant,                 )
                                            )
23  v.                                      )
                                            )
24                                          )
    NEVADA CONTROLS, LLC, a Nevada          )
25  Limited Liability Company,              )
                                            )
26         Counterdefendant.                )
                                            )
27  _____)

28  STATE OF NEVADA        )
                           ) ss.

                        Page **1** of 3

COUNTY OF WASHOE    )

MARK A. GOODMAN, ESQ., being first duly sworn, deposes and says:

1. I am an attorney duly licensed to practice law before all of the courts in the State of Nevada.

2. I am the attorney of record for Defendant, SUNFLOWER WIND, LLC, in the above-entitled matter.

3. I make this Affidavit in support of my Motion to Withdraw.

4. On or about April 5, 2013, I received the letter from David D. Swenson, Esq., of Swenson, Brewer & Long, Chartered, a true and correct copy of which is attached hereto as **Exhibit "B"** and made a part hereof.

5. In his letter, Mr. Swenson indicates "the only link that Sunflower Wind has to the Nevada Controls' action is that Wind Pump Power is referred to as aka Sunflower Wind, LLC in the Mutual Non-Disclosure and Confidentiality Agreement between the parties"; that "there are at least twenty-five (25) shareholders of Sunflower Wind"; and that "Sunflower Wind's involvement in this matter is tenuous at best, and it should have been dismissed form the action some time ago."

6. Mr. Swenson attaches to his letter an excerpt of a Deposition, taken February 11-12, 2013, in a shareholder derivate action entitled "Cynthia Strnad and Jill Strnad, Plaintiffs, vs. Sunflower Wind, LLC, Daniel Rasure and 3405 Building, LLC, Defendants," in the District Court of Reno County, Kansas, Case No. 2012-CV-202.

7. I now believe that there exists a conflict of interest in the present case between my representation of Mr. Rasure and my representation of Sunflower Wind, Mr. Rasure may need to share confidential information with me that could bear on the shareholder derivative action against Mr. Rasure and Cynthia and Jill Strnad.

8. No trial date has been assigned to this dispute, and no delay will result to any party as a result of this withdrawal of counsel.

9. In the event this Motion is granted, the address at which Defendant, SUNFLOWER WIND, LLC, may be served with notice of all further proceedings in this case is, as follows:

> Sunflower Wind, LLC
> c/o David D. Swenson, Esq.
> Swenson, Brewer & Long, Chartered
> 613 Washington Street
> Post Office Box 549
> Concordia, Kansas  66901-0549

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

DATED: Friday, May 03, 2013.

/s/ Mark A. Goodman
_____
MARK A. GOODMAN, ESQ.