MARK A. GOODMAN, ESQ.
Nevada State Bar No. 10357
GOODMAN LAW CENTER, P.C.
348 Mill Street
Reno, Nevada  89501
Telephone:  (775) 473-4268
Facsimile:   (775) 996-8787
Email:  Mark@Goodmanlawnevada.com
Attorney for Defendants/Counterclaimants
DAN RASURE
WIND PUMP POWER, LLC
SUNFLOWER WIND, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| NEVADA CONTROLS, LLC, a Nevada Limited Liability Company, | ) Case No. 3-12-cv-00068-HDM-VPC<br>)<br>) |
| Plaintiff, | ) **ORDER GRANTING EXTENSION OF**<br>) **TIME FOR DEFENDANT SUNFLOWER** |
| v. | ) **WIND, LLC, TO FILE OPPOSITION TO**<br>) **PLAINTIFF NEVADA CONTROLS'** |
| WIND PUMP POWER, LLC,  a Kansas Limited Liability Company, SUNFLOWER WIND, LLC, a Kansas Limited Liability Company; DAN RASURE, an individual, | ) **MOTION TO COMPEL**<br>)<br>) **[LOCAL RULE 6-1]**<br>)<br>) |
| Defendants. | )<br>) |
| WIND PUMP POWER, LLC, a Kansas Limited Liability Company, | )<br>)<br>) |
| Counterclaimant, | )<br>)<br>) |
| v. | )<br>) |
| NEVADA CONTROLS, LLC, a Nevada Limited Liability Company, | )<br>)<br>) |
| Counterdefendant. | )<br>) |

Defendant, SUNFLOWER WIND, LLC ("Sunflower Wind"), has requested an

extension of time within which to retain counsel and to respond to "Plaintiff Nevada

Controls' Motion to Compel" (Docket No. 57), filed April 18, 2013.  No objection having

been filed to Sunflower Wind's request, and good cause appearing therefor:

IT IS HEREBY ORDERED that Defendant, SUNFLOWER WIND, LLC, shall be

granted an extension of time until _____, 2013, within which to retain counsel

and to respond to "Plaintiff Nevada Controls' Motion to Compel" (Docket No. 57), filed

April 18, 2013.

IT IS FURTHER ORDERED that the address at which Defendant, SUNFLOWER

WIND, LLC, may be served with notice of all further proceedings in this case is, as

follows:

Sunflower Wind, LLC
c/o David D. Swenson, Esq.
Swenson, Brewer & Long, Chartered
613 Washington Street
Post Office Box 549
Concordia, Kansas  66901-0549

DATED:  This _____ day of _____, 2013.


_____
UNITED STATES DISTRICT JUDGE



Submitted by:

Mark A. Goodman, Esq.
Goodman Law Center, P.C.
348 Mill Street
Reno, Nevada  89501
Telephone:  (775) 473-4268
Facsimile:  (775) 996-8787
Email:  Mark.Goodman.Esq@gmail.com