LEIGH GODDARD, NV Bar No. 6315
JESSICA WOELFEL, NV Bar No. 11885
MCDONALD CARANO WILSON LLP
100 West Liberty Street, Tenth Floor
P.O. Box 2670
Reno, NV 89505-2670
Telephone: (775) 788-2000
Facsimile: (775) 788-2020
Email: lgoddard@mcdonaldcarano.com
and jwoelfel@mcdonaldcarano.com

Attorneys for Plaintiff,
*Nevada Controls, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NEVADA CONTROLS, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>WIND PUMP POWER, LLC, a Kansas Limited Liability Company, SUNFLOWER WIND, LLC, a Kansas Limited Liability Company; DAN RASURE, an individual,<br><br>Defendants. | Case No.: 3:12-cv-00068-HDM-VPC<br><br>**PLAINTIFF NEVADA CONTROLS' REPLY IN SUPPORT OF MOTION TO COMPEL** |

Plaintiff, Nevada Controls, LLC ("Nevada Controls"), submits it reply in support of its Motion to Compel, filed April 18, 2013 (Doc. #57).

**MEMORANDUM OF POINTS AND AUTHORITIES**

I.  **INTRODUCTION**

In response to Nevada Controls' second Motion to Compel, Defendants Rasure and Wind Pump Power argue that they have produced 118 pages of additional documents which "constitute all of the remaining documents" in their possession. Yet, of the documents produced, some were duplicates of materials already provided or they were completely irrelevant to the pending discovery requests. Defendants Rasure

and Wind Pump have still failed to provide the most basic of financial information, including copies of checks and the check register, which most certainly are in their possession and control. Moreover, Defendants have failed to provide supplemental responses to the discovery requests.

Defendant Sunflower Wind, LLC has filed a motion for an extension of time to respond to the Motion to Compel, and Nevada Controls will respond to that Motion separately. Thus, this Reply only addresses Defendants Wind Pump Power's and Rasure's Opposition.

## II.  DISCUSSION

Defendants Wind Pump Power and Rasure have still failed to provide responses to the discovery requests. Although a supplemental production was made on May 3, 2013, it was woefully inadequate and did not provide the most basic documents, and some documents were duplicative or irrelevant to this pending case. (See Declaration of Leigh Goddard attached hereto). Of the discovery requests identified in the Motion to Compel, Defendants have produced only one document in the recent supplement that responds to those requests.

In addition, Defendants have not prepared supplemental responses to the discovery requests, arguing simply that they cannot provide any more "non-existent interrogatory responses." It should be noted that none of the Defendants have provided verified responses. Furthermore, Nevada Controls has already demonstrated that the responses are incomplete. Yet, Defendants have made no effort to supplement their responses.

In sum, Defendants continue to ignore the orders and rules of this Court. Such conduct must cease so that the parties can complete discovery and prepare this case for trial.

///
///
///

## III. CONCLUSION

Based upon the foregoing, Nevada Controls respectfully requests an order compelling complete discovery responses by Wind Pump Power and Dan Rasure, and it requests an order awarding all attorney's fees and costs incurred in pursing this motion.

Dated: May 13, 2013.

        McDonald Carano Wilson LLP

        /s/ Leigh Goddard
        LEIGH GODDARD
        JESSICA WOELFEL

        Attorneys for Plaintiff / Counter-Defendant
        Nevada Controls, LLC

**CERTIFICATE OF SERVICE**

I hereby certify, under penalty of perjury, that I am an employee of McDonald Carano Wilson LLP and that pursuant to LR 5-3 I caused to be electronically filed on this date a true and correct copy of the foregoing document with the Clerk of the Court using the CM/ECF system; and by depositing a copy of the same in the U.S. Mail, first class postage fully prepaid, addressed to:

Mark Goodman
Goodman Law Center, P.C.
348 Mill Street
Reno, NV 89501

DATED: May 13, 2013.

/s/ Pamela Miller
Pamela Miller