# EXHIBIT 15

# EXHIBIT 15

**From:** Mark Goodman [mailto:mark@goodmanlawnevada.com]
**Sent:** Friday, May 03, 2013 3:42 PM
**To:** Leigh T. Goddard
**Cc:** Paula Rodriguez; johne.glc; Dan Rasure
**Subject:** Additional production from Rasure

See attached.  Please let me know if you require a hard copy to follow.


--
Cheers,
Mark

Goodman Law Center
Mark A. Goodman, Esq.
Attorney At Law
Office: (775) 473-4268
Fax: (775) 996-8787
348 Mill Street
Reno, NV 89501
www.GoodmanLawNevada.com

This e-mail is intended solely for the person or entity to which it is addressed and may contain confidential and/or privileged information. Any review, dissemination, copying, printing or other use of this e-mail by persons or entities other than the addressee is prohibited. If you have received this e-mail in error, please contact the sender immediately and delete the material. This message may be subject to access, review and disclosure by the sender's Email System Administrator. This communication might also be intercepted by a skilled hacker. Therefore, absolute confidentially cannot be ensured. If you need to disclose sensitive information, please call the office number and schedule an appointment.