LEIGH GODDARD, NV Bar #6315
JESSICA WOELFEL, NV Bar #11885
McDonald Carano Wilson LLP
100 West Liberty Street, 10th Floor
P.O. Box 2670
Reno, NV 89505-2670
Telephone: (775) 788-2000
Facsimile: (775) 788-2020
Email: lgoddard@mcdonaldcarano.com
and jwoelfel@mcdonaldcarano.com

Attorneys for Plaintiff / Counter-Defendant
Nevada Controls, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NEVADA CONTROLS, LLC, a Nevada Limited Liability Company,<br><br>　　　　Plaintiff,<br>v.<br><br>WIND PUMP POWER, LLC, a Kansas Limited Liability Company, SUNFLOWER WIND, LLC, a Kansas Limited Liability Company; DAN RASURE, an individual,<br><br>　　　　Defendants. | Case No.: 3:12-cv-00068-HDM-VPC<br><br>**DECLARATION OF LEIGH GODDARD** |

I, LEIGH GODDARD, do solemnly swear under penalty of perjury that the assertions contained in this declaration are true and correct.

1. I am over the age of eighteen (18) years. I have personal knowledge of the facts stated within this declaration, except where stated to be upon information and belief, and as to that information, I believe it to be true. If called as a witness, I would be competent to testify to these facts.

2. This declaration is made in support of the Plaintiff Nevada Controls, LLC's Reply in Support of its second Motion to Compel.

///

3. On May 3, 2013, I received an e-mail from defense counsel Mark Goodman with a .pdf attachment containing approximately 118 pages of documents. A true and correct copy of the e-mail, without the documents, is attached to the Reply as Exhibit 15.

4. The 118 pages of documents include:
   a) a purported lease for a tractor;
   b) documents related to the litigation *GT Wind v. Star Lumber Supply*;
   c) three bank statements for Sunflower Wind, LLC;
   d) e-mail correspondence between Dan Rasure and Everett Jesse;
   e) Operating Agreement, Sunflower Wind, LLC;
   f) Letter from Swenson Brewer law firm, which is also attached to the Motion to Withdraw as Counsel;
   g) Wind Pump Power, LLC Operating Agreement which has previously been produced.

5. Defendants still have not produced any financial records for Wind Pump Power, such as a check register, Quickbooks records and the like. They have also not provided copies of checks.

6. Defendants have not provided copies of documents related to capitalization of Wind Pump Power.

7. Defendants have not produced all documents depicting the purchase of parts or equipment for the Austin Project.

8. Defendants have not produced all documents depicting credits or refunds.

9. Defendants have not produced any correspondence associated with the purchase of supplies or equipment for the Austin Project.

10. Defendants have not provided supplemental responses to discovery identifying which documents have been produced and in response to which request. Furthermore, they have failed to provide supplemental answers to interrogatories, and none of the interrogatory answers have been verified.

11.    As of the date of this declaration, Defendant Sunflower Wind has still not provided responses to the discovery served on June 1, 2012.

DATED: May 13, 2013.

/s/ Leigh Goddard
LEIGH GODDARD