LEIGH GODDARD, NV Bar #6315
JESSICA WOELFEL, NV Bar #11885
McDonald Carano Wilson LLP
100 West Liberty Street, 10th Floor
P.O. Box 2670
Reno, NV 89505-2670
Telephone: (775) 788-2000
Facsimile: (775) 788-2020
Email: lgoddard@mcdonaldcarano.com
and jwoelfel@mcdonaldcarano.com

*Attorneys for Plaintiff / Counter-Defendant
Nevada Controls, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NEVADA CONTROLS, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>WIND PUMP POWER, LLC, a Kansas Limited Liability Company, SUNFLOWER WIND, LLC, a Kansas Limited Liability Company; DAN RASURE, an individual,<br><br>Defendants.<br>_____ / | Case No.: 3:12-cv-00068-HDM-VPC<br><br>**PLAINTIFF'S OPPOSITION TO MOTION TO WITHDRAW AS COUNSEL FOR SUNFLOWER WIND, LLC** |

Plaintiff Nevada Controls, LLC ("Nevada Controls") hereby opposes the Motion to Withdraw as counsel for Sunflower Wind, LLC. There have been numerous delays in this case as a result of the Defendants' conduct. Early in the proceeding, Defendants retained the services of the Parsons Behle & Latimer firm ("Parsons Firm"). The Parsons Firm moved to withdraw as counsel, which was granted by the Court with an order requiring that new counsel appear by July 5, 2012. (Doc. #27). Defendants failed to comply with the Court's Order. As a result, Nevada Controls moved to strike the answers of the Defendants Wind Pump Power, LLC and Sunflower Wind, LLC. (Doc. #28).

1  On the eve of the hearing on Nevada Controls' motion, Defendants retained
2  counsel, Mark Goodman, to represent all of the Defendants.  Accordingly, the Court
3  denied Nevada Controls' motion without prejudice.  (Doc. #43).
4  Once again, Defendant Sunflower Wind has presented this court with another
5  motion to withdraw, this time by its counsel Mark Goodman.  (Doc. #60).   The reason
6  for the withdrawal is not clearly stated, other than a vague reference to a conflict of
7  interest.  (See Doc. #60-1 at par. 7).  However, there is the suggestion in the moving
8  papers that attorney David Swenson should be contacted on the matter going forward.
9  (Id. at par. 9).  Yet, no substitution of attorneys has been filed, and it does not appear
10 that Mr. Swenson is willing to serve as counsel for Sunflower Wind.  Rather, the
11 correspondence attached to the Motion indicates that Mr. Swenson, on behalf of his
12 clients, has demanded that Defendant Dan Rasure, as manager of Sunflower Wind,
13 defend this action.  (Doc. #60-2).  Thus, because it appears that new counsel for the
14 entity Sunflower Wind has not been secured, and further delay will be encountered on
15 a case in which Nevada Controls has already been prejudiced by the Defendants'
16 delay, Nevada Controls hereby opposes the Motion to Withdraw as Counsel.

Dated:  May 20, 2013.

McDonald Carano Wilson LLP

/s/ Leigh Goddard
LEIGH GODDARD
JESSICA WOELFEL

Attorneys for Plaintiff / Counter-Defendant
Nevada Controls, LLC

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that I am an employee of McDonald Carano Wilson LLP and that pursuant to LR 5-3 I caused to be electronically filed on this date a true and correct copy of the foregoing document with the Clerk of the Court using the CM/ECF system addressed to:

Mark Goodman
Goodman Law Center, P.C.
348 Mill Street
Reno, NV 89501
mark@goodmanlawnevada.com

DATED: May 20, 2013.

Pamela Miller

3