1  LEIGH GODDARD, NV Bar #6315
   JESSICA WOELFEL, NV Bar #11885
2  McDonald Carano Wilson LLP
   100 West Liberty Street, 10th Floor
3  P.O. Box 2670
   Reno, NV 89505-2670
4  Telephone:  (775) 788-2000
   Facsimile: (775) 788-2020
5  Email: lgoddard@mcdonaldcarano.com
   and jwoelfel@mcdonaldcarano.com
6

7  *Attorneys for Plaintiff / Counter-Defendant*
   *Nevada Controls, LLC*
8

9              UNITED STATES DISTRICT COURT

10                  DISTRICT OF NEVADA

11                        * * *

12  NEVADA CONTROLS, LLC, a Nevada          Case No.: 3:12-cv-00068-HDM-VPC
    Limited Liability Company,
13
              Plaintiff,
14                                          **PLAINTIFF'S OPPOSITION TO**
    v.                                      **SUNFLOWER WIND'S MOTION**
15                                          **FOR EXTENSION OF TIME**
    WIND PUMP POWER, LLC, a Kansas
16  Limited Liability Company, SUNFLOWER
    WIND, LLC, a Kansas Limited Liability
17  Company; DAN RASURE, an individual,

18            Defendants.
                                     /
19

20        Defendant Sunflower Wind, LLC has filed a Motion for Extension of Time to

21  oppose Plaintiff Nevada Controls, LLC ("Nevada Controls") second motion to compel.

22  (Doc. #62).  Concurrent with the Motion for Extension, Sunflower Wind filed a Motion

23  for its counsel to withdraw.  (Doc. #60).  Sunflower Wind suggests that it should be

24  permitted additional time to respond to the Motion to Compel so that it can retain new

25  counsel.  (See Doc. #62).

26        Plaintiff Nevada Controls has filed an opposition to the Motion to Withdraw as

27  counsel, in which it identifies the numerous delays already experienced in this case as

28  a result of Sunflower Wind's dilatory conduct.  For the reasons identified in the

1 Opposition to the Motion to Withdraw, which are incorporated herein by reference,

2 Nevada Controls similarly opposes the Motion for Extension of Time to respond to the

3 Motion to Compel.  Nevada Controls has already been prejudiced by the Defendants'

4 repeated delays in this case.  Accordingly, Nevada Controls hereby opposes the

5 Motion for an Extension of Time and respectfully submits that the Motion should be

6 denied.

7        Dated:  May 20, 2013.

8                                                    McDonald Carano Wilson LLP

9

10

11        LEIGH GODDARD
          JESSICA WOELFEL

12        Attorneys for Plaintiff / Counter-Defendant
          Nevada Controls, LLC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify, under penalty of perjury, that I am an employee of McDonald Carano Wilson LLP and that pursuant to LR 5-3 I caused to be electronically filed on this date a true and correct copy of the foregoing document with the Clerk of the Court using the CM/ECF system, addressed to:

Mark Goodman
Goodman Law Center, P.C.
348 Mill Street
Reno, NV 89501
mark@goodmanlawnevada.com

DATED: May 20, 2013.

Pamela Miller

McDONALD·CARANO·WILSON℠
100 WEST LIBERTY STREET, 10TH FLOOR • RENO, NEVADA 89501
P.O. BOX 2670 • RENO, NEVADA 89505-2670
PHONE 775/788-2000 • FAX 775/788-2020

3