LEIGH GODDARD, NV Bar #6315
JESSICA WOELFEL, NV Bar #11885
McDonald Carano Wilson LLP
100 West Liberty Street, 10th Floor
P.O. Box 2670
Reno, NV 89505-2670
Telephone: (775) 788-2000
Facsimile: (775) 788-2020
Email: lgoddard@mcdonaldcarano.com
and jwoelfel@mcdonaldcarano.com

Attorneys for Plaintiff / Counter-Defendant
Nevada Controls, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NEVADA CONTROLS, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>WIND PUMP POWER, LLC, a Kansas Limited Liability Company, SUNFLOWER WIND, LLC, a Kansas Limited Liability Company; DAN RASURE, an individual,<br><br>Defendants. | Case No.: 3:12-cv-00068-HDM-VPC<br><br>**NOTICE TO THE COURT REGARDING DEFENDANTS' FAILURE TO PAY SANCTIONS AS ORDERED** |

This matter came before Magistrate Judge Valerie Cooke on April 22, 2013, for a hearing on Plaintiff Nevada Controls, LLC's ("Nevada Controls") Motion to Enforce Discovery Sanctions. (Doc. #52). At the hearing, the Court ordered Defendants to pay the previously ordered discovery sanctions (Doc. #49), and an additional $1,000, for a total payment of $3,004.10. (Doc. #58). The Court further ordered that the sanctions amount was to be paid no later than close of business on **May 22, 2013**. (Id.). However, as of close of business on May 22, 2013, Defendants had not delivered the payment to Nevada Controls' counsel, and Nevada Controls did not receive payment at its business address. As of the filing of this Notice, payment has still not been

received. Thus, the Defendants have once again willfully violated this Court's orders by failing to pay the sanctions as ordered.

Respectfully submitted: May 23, 2013.

McDonald Carano Wilson LLP

*/s/ Leigh Goddard*

LEIGH GODDARD
JESSICA WOELFEL

Attorneys for Plaintiff / Counter-Defendant
Nevada Controls, LLC

**CERTIFICATE OF SERVICE**

I hereby certify, under penalty of perjury, that I am an employee of McDonald Carano Wilson LLP and that pursuant to LR 5-3 I caused to be electronically filed on this date a true and correct copy of the foregoing document with the Clerk of the Court using the CM/ECF system which will automatically e-serve the same on the attorney set forth below:

Mark Goodman
Goodman Law Center, P.C.
348 Mill Street
Reno, NV 89501

DATED: May 23, 2013.

Pamela Miller