MARK A. GOODMAN, ESQ.
Nevada State Bar No. 10357
GOODMAN LAW CENTER, P.C.
348 Mill Street
Reno, Nevada  89501
Telephone:  (775) 473-4268
Facsimile:   (775) 996-8787
Email:  Mark@Goodmanlawnevada.com
Attorney for Defendants/Counterclaimants
DAN RASURE
WIND PUMP POWER, LLC
SUNFLOWER WIND, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| NEVADA CONTROLS, LLC, a Nevada Limited Liability Company, | ) Case No. 3-12-cv-00068-HDM-VPC<br>)<br>) **REPLY IN SUPPORT OF** |
| Plaintiff, | ) **MOTION FOR EXTENSION OF TIME**<br>) **FOR DEFENDANT SUNFLOWER** |
| v. | ) **WIND, LLC, TO FILE OPPOSITION TO**<br>) **PLAINTIFF NEVADA CONTROLS'** |
| WIND PUMP POWER, LLC,  a Kansas Limited Liability Company, SUNFLOWER WIND, LLC, a Kansas Limited Liability Company; DAN RASURE, an individual, | ) **MOTION TO COMPEL**<br>)<br>) **Judge Howard D. McKibben**<br>) |
| Defendants. | ) **[LOCAL RULE IA 10-6]**<br>) |
| | ) |
| WIND PUMP POWER, LLC, a Kansas Limited Liability Company, | )<br>)<br>) |
| Counterclaimant, | )<br>) |
| v. | )<br>) |
| NEVADA CONTROLS, LLC, a Nevada Limited Liability Company, | )<br>)<br>) |
| Counterdefendant. | )<br>) |

COMES NOW, MARK A. GOODMAN, ESQ., of GOODMAN LAW CENTER,

P.C., and pursuant to Local Rule 6-1 of the Local Rules of Practice for the United States

District Court for the District of Nevada, herewith submits his Reply in Support of his Motion for an Order granting the Defendant, SUNFLOWER WIND, LLC (hereinafter referred to as "Sunflower Wind"), an extension of time to respond to "Plaintiff Nevada Controls' Motion to Compel" (Docket No. 57), filed April 18, 2013, by the Plaintiff, NEVADA CONTROLS, LLC (hereinafter referred to as "Nevada Controls").

Sunflower Wind hereby incorporates by this reference, as if set forth *in haec verba* herein, the Reply in Support of Motion to Withdraw as Counsel for Defendant Sunflower Wind, LLC, filed simultaneously herewith.

## POINTS AND AUTHORITIES

## I

## SUNFLOWER WIND SHOULD BE GRANTED AN EXTENSION OF TIME WITHIN WHICH TO RETAIN COUNSEL AND TO RESPOND TO NEVADA CONTROLS' MOTION TO COMPEL.

As more fully set forth in the Reply in Support of Motion to Withdraw as Counsel for Defendant Sunflower Wind, LLC, filed simultaneously herewith, Mr. Goodman now has an obvious conflict of interest in representing Sunflower Wind; indeed, Mr. Goodman is no longer certain that he has authority to represent Sunflower Wind in the instant case.

Therefore, Sunflower Wind should be granted an extension of time within which to retain counsel and to respond to Nevada Controls' Motion to Compel.

## CONCLUSION

Accordingly, it is respectfully requested that this Court issue an Order granting Defendant, SUNFLOWER WIND, LLC, an extension of time within which to retain

///

///

counsel and to respond to "Plaintiff Nevada Controls' Motion to Compel."

**RESPECTFULLY SUBMITTED, Tuesday, June 04, 2013,**

**GOODMAN LAW CENTER**

**/s/MARK A. GOODMAN, ESQ.**

Attorney for Defendant,
SUNFLOWER WIND, LLC

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5(b), I certify that I am an agent of GOODMAN LAW CENTER, P.C., and that I caused a true and correct copy of **REPLY IN SUPPORT OF MOTION FOR EXTENSION OF TIME FOR DEFENDANT SUNFLOWER WIND, LLC, TO FILE OPPOSITION TO PLAINTIFF NEVADA CONTROLS' MOTION TO COMPEL** to be served by:

[    ]    (BY MAIL) on all parties in said action, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below.  At the Law Offices of Goodman Law Center, P.C., mail placed in that designated area is given the correct amount of postage and is deposited that same date in the ordinary course of business, in a United States mailbox in the City of Reno, County of Washoe, Nevada.

[    ]    (BY PERSONAL DELIVERY) by causing a true copy thereof to be hand delivered this date to the addressee(s) at the address(es) set forth below.

[    ]    (BY FACSIMILE) on the parties in said action by causing a true copy thereof to be telecopied to the number indicated after the address(es) noted below.

[    ]    Federal Express or other overnight delivery

[    ]    Reno/Carson Messenger Service

addressed, as follows:

Leigh Goddard, Esq.                              via this Court's ECF system
Jessica Woelfel, Esq.
McDonald Carano Wilson LLP
100 West Liberty Street, 10th Floor
Post Office Box 2670
Reno, Nevada  89505-2670

DATED:  Tuesday, June 04, 2013.

/s/ Paula Rodriguez
_____
PAULA RODRIGUEZ, CLA
Legal Assistant to Mr. Goodman