FILED ✓  RECEIVED
____ ENTERED  ____ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN - 6 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| NEVADA CONTROLS, LLC, | CASE NO. 3:12-CV-0068-HDM-VPC |
| Plaintiff(s), | |
| vs. | ORDER TO SHOW CAUSE |
| WIND PUMP POWER, LLC, | |
| Defendant(s), | |

IT IS ORDERED that defendant, Dan Rasure, appear before the District Court of the United States for the District of Nevada presided over by the Honorable Valerie P. Cooke, U.S. Magistrate Judge, the undersigned, in the Bruce R. Thompson United States Courthouse and Federal Building, 400 South Virginia Street, Fourth Floor, Reno, Nevada, on the **6th** day of **August, 2013** at **9:00 a.m.**, Courtroom No. 1, to show cause why the defendant, Dan Rasure at 6488 Road 16, Goodland, Kansas 67735, should not be sanctioned in accordance with LR IA 4-1(d) for failure to comply with this Court's orders (#49) and (#58).

IT IS ORDERED that a copy of this Order be personally served on Dan Rasure by the United States Marshal's Office within thirty (30) days of this Order.

IT IS FURTHER ORDERED, within five (5) days of the scheduled show cause hearing, defendant, Dan Rasure, shall file objections to this order, if any. A copy of any objections shall be served upon opposing counsel.

DATED: June 6, 2013

_____
VALERIE P. COOKE,
UNITED STATES MAGISTRATE JUDGE