MARK A. GOODMAN, ESQ.
Nevada State Bar No. 10357
GOODMAN LAW CENTER, P.C.
348 Mill Street
Reno, Nevada  89501
Telephone:  (775) 473-4268
Facsimile:   (775) 996-8787
Email:  Mark@Goodmanlawnevada.com
Attorney for Defendants/Counterclaimants
DAN RASURE
WIND PUMP POWER, LLC
SUNFLOWER WIND, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| NEVADA CONTROLS, LLC, a Nevada Limited Liability Company, | Case No. 3-12-cv-00068-HDM-VPC |
| Plaintiff, | **STIPULATION AND ORDER TO <u>VACATE SHOW CAUSE HEARING</u>** |
| v. | **Judge Howard D. McKibben** |
| WIND PUMP POWER, LLC, a Kansas Limited Liability Company, SUNFLOWER WIND, LLC, a Kansas Limited Liability Company; DAN RASURE, an individual, | **Magistrate Judge Valerie Cook** |
| Defendants. | |
| WIND PUMP POWER, LLC, a Kansas Limited Liability Company, | |
| Counterclaimant, | |
| v. | |
| NEVADA CONTROLS, LLC, a Nevada Limited Liability Company, | |
| Counter-defendant. | |

Page **1** of **3**

The Plaintiff/Counter-defendant, NEVADA CONTROLS, LLC, by and through its counsel of record, LEIGH GODDARD, of MCDONALD CARANO WILSON LLP, and the Defendants, DAN RASURE, WIND PUMP POWER, LLC, and SUNFLOWER WIND, LLC, by and through their counsel of record, MARK A. GOODMAN, ESQ., of GOODMAN LAW CENTER, P.C., and hereby stipulate and agree, as follows:

1. The parties have reached a settlement in this action.

2. A condition of that settlement required that the outstanding sanctions be paid. The parties hereby acknowledge that all outstanding attorney's fees and sanctions now have been paid.

3. The parties acknowledge that the Defendants' failure to pay the sanctions has resulted in the scheduling of a hearing on August 6, 2013, on the Court's Order to Show Cause. Because the sanctions have now been paid as previously ordered by the Court, the parties agree and respectfully submit that the Show Cause Hearing should be vacated.

| | |
|---|---|
| DATED: Friday, August 02, 2013 | DATED: Friday, August 02, 2013 |
| GOODMAN LAW CENTER, P.C. | MCDONALD CARANO WILSON LLP |
| /s/ Mark A. Goodman | /s/ Leigh Goddard |
| _____ | _____ |
| MARK A. GOODMAN, ESQ.<br>Nevada Bar Number 10357<br>348 Mill Street<br>Reno, Nevada 89501<br>Telephone: (775) 473-4268<br>Facsimile: (775) 996-8787<br>Email: Mark@Goodmanlawnevada.com<br>Attorney for Defendant,<br>DAN RASURE | LEIGH GODDARD, ESQ.<br>Nevada Bar Number 6315<br>100 West Liberty Street, 10th Floor<br>Reno, Nevada 89505-2670<br>Telephone: (775) 788-2000<br>Facsimile: (775) 788-2020<br>Email: lgoddard@mcdonaldcarano.com<br>Attorney for Plaintiff/Counterdefendant,<br>NEVADA CONTROLS, LLC |

**IT IS SO ORDERED** that the Show Cause hearing scheduled for August 6, 2013 shall be vacated.

DATED: August _____, 2013

_____
UNITED STATES MAGISTRATE JUDGE