MARK A. GOODMAN, ESQ.
Nevada State Bar No. 10357
GOODMAN LAW CENTER, P.C.
348 Mill Street
Reno, Nevada 89501
Telephone: (775) 473-4268
Facsimile: (775) 996-8787
Email: Mark@Goodmanlawnevada.com
Attorney for Defendants/Counterclaimants
DAN RASURE
WIND PUMP POWER, LLC
SUNFLOWER WIND, LLC

✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG - 5 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| NEVADA CONTROLS, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>WIND PUMP POWER, LLC, a Kansas Limited Liability Company, SUNFLOWER WIND, LLC, a Kansas Limited Liability Company; DAN RASURE, an individual,<br><br>Defendants. | Case No. 3-12-cv-00068-HDM-VPC<br><br>**STIPULATION AND ORDER TO VACATE SHOW CAUSE HEARING**<br><br>Judge Howard D. McKibben<br>Magistrate Judge Valerie Cooke |
| WIND PUMP POWER, LLC, a Kansas Limited Liability Company,<br><br>Counterclaimant,<br><br>v.<br><br>NEVADA CONTROLS, LLC, a Nevada Limited Liability Company,<br><br>Counter-defendant. | |

Page **1** of **3**

The Plaintiff/Counter-defendant, NEVADA CONTROLS, LLC, by and through its counsel of record, LEIGH GODDARD, of MCDONALD CARANO WILSON LLP, and the Defendants, DAN RASURE, WIND PUMP POWER, LLC, and SUNFLOWER WIND, LLC, by and through their counsel of record, MARK A. GOODMAN, ESQ., of GOODMAN LAW CENTER, P.C., and hereby stipulate and agree, as follows:

1. The parties have reached a settlement in this action.

2. A condition of that settlement required that the outstanding sanctions be paid. The parties hereby acknowledge that all outstanding attorney's fees and sanctions now have been paid.

3. The parties acknowledge that the Defendants' failure to pay the sanctions has resulted in the scheduling of a hearing on August 6, 2013, on the Court's Order to Show Cause. Because the sanctions have now been paid as previously ordered by the Court, the parties agree and respectfully submit that the Show Cause Hearing should be vacated.

DATED: Friday, August 02, 2013

GOODMAN LAW CENTER, P.C.

/s/ Mark A. Goodman

MARK A. GOODMAN, ESQ.
Nevada Bar Number 10357
348 Mill Street
Reno, Nevada 89501
Telephone: (775) 473-4268
Facsimile: (775) 996-8787
Email: Mark@Goodmanlawnevada.com
Attorney for Defendant,
DAN RASURE

DATED: Friday, August 02, 2013

MCDONALD CARANO WILSON LLP

/s/ Leigh Goddard

LEIGH GODDARD, ESQ.
Nevada Bar Number 6315
100 West Liberty Street, 10th Floor
Reno, Nevada 89505-2670
Telephone: (775) 788-2000
Facsimile: (775) 788-2020
Email: lgoddard@mcdonaldcarano.com
Attorney for Plaintiff/Counterdefendant,
NEVADA CONTROLS, LLC

**IT IS SO ORDERED** that the Show Cause hearing scheduled for August 6, 2013 shall be vacated.

DATED: August 5, 2013

_____
UNITED STATES MAGISTRATE JUDGE