1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

DISTRICT OF NEVADA

10

\* \* \* \* \*

11

12   NEVADA CONTROLS, LLC, a Nevada          ) Case No. 3-12-cv-00068-HDM-VPC
     Limited Liability Company,                )
13                                             )
              Plaintiff,                       )
14                                             )   ORDER GRANTING
     v.                                        )   **STIPULATION AND ORDER**
15                                             )   **FOR DISMISSAL WITH PREJUDICE**
     WIND PUMP POWER, LLC,  a Kansas           )
16   Limited Liability Company, SUNFLOWER      )
     WIND, LLC, a Kansas Limited Liability     )
17   Company; DAN RASURE, an individual,       )
                                               )
18            Defendants.                       )
                                               )
19  ══════════════════════════════════════    )
                                               )
20   WIND PUMP POWER, LLC, a Kansas            )
     Limited Liability Company,                )
21                                             )
              Counterclaimant,                  )
22                                             )
                                               )
23   v.                                        )
                                               )
24   NEVADA CONTROLS, LLC, a Nevada            )
     Limited Liability Company,                )
25                                             )
                                               )
26            Counter-defendant.                )
                                               )
27  ──────────────────────────────────────    )

28

The Plaintiff/Counter-Defendant, NEVADA CONTROLS, LLC, by and through its counsel of record, LEIGH GODDARD of MCDONALD CARANO WILSON LLP; the Defendants, SUNFLOWER WIND, LLC ("Sunflower Wind") and DAN RASURE ("Mr. Rasure"), and the Defendant/Counterclaimant, WIND PUMP POWER, LLC ("Wind Pump Power") (hereinafter referred to collectively as "Defendants"), by and through their attorney of record, MARK A. GOODMAN of GOODMAN LAW CENTER, P.C., having reached a settlement in this matter, hereby stipulate and agree to a dismissal, with prejudice, of any and all claims in the above-captioned matter, with each party to bear its/his own attorneys' fees and costs other than those set forth in the settlement agreement.

DATED: Thursday, August 08, 2013          DATED: Thursday, August 08, 2013

GOODMAN LAW CENTER, P.C.                  MCDONALD CARANO WILSON LLP

/s/ Mark A. Goodman                       /s/ Leigh Goddard

_____          _____
MARK A. GOODMAN                           LEIGH GODDARD
Nevada Bar Number 10357                   Nevada Bar Number 6315
348 Mill Street                           100 West Liberty Street, 10th Floor
Reno, Nevada 89501                        Reno, Nevada  89505-2670
Telephone:  (775) 473-4268                Telephone:  (775) 788-2000
Facsimile:  (775) 996-8787                Facsimile:  (775) 788-2020
Email:  Mark@Goodmanlawnevada.com         Email:  lgoddard@mcdonaldcarano.com
Attorney for Defendants                   Attorney for Plaintiff/Counter-defendant

**IT IS SO ORDERED:**

DATED: August 12, 2013

_____
UNITED STATES DISTRICT JUDGE